**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                            **Case No. 3:24-cr-127/TKW**

**CLARENCE B. WALTON,**

    **Defendant.**

_____/

## <u>ACCEPTANCE OF PLEA OF GUILTY</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, CLARENCE B. WALTON**,** to Count One of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 21st day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**